UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEANFISH, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DALE SIMS, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-03663-HSG<br><br>**ORDER REGARDING *EX PARTE* MOTION FOR TERMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

On June 24, 2019, Plaintiff CleanFish, LLC moved *ex parte* for entry of a temporary restraining order ("TRO"), expedited discovery, and order to show cause regarding preliminary injunctive relief against the named Defendants in this action. *See* Dkt. No. 2.

Any Defendant opposing the relief sought by Plaintiff must file a response with this Court by no later than 3 p.m. PST on Thursday, June 27, 2019. The Court will notify the parties whether a hearing will be held.

Plaintiff is directed to serve this order on all named Defendants by no later than 5:00 p.m. PST on Tuesday, June 25, 2019. Service of this order should be effected in the same manner as described in Plaintiff's "*Ex Parte* Notice of Application and Motion" section. Dkt. No. 2 at 7–8. Specifically, Plaintiff is directed to email this order immediately upon receipt to Defendants at the listed email addresses. Plaintiff also must hand deliver this order via registered process server to Defendant Dale Sims's last known home address, and deliver this order to Defendants Island Sea Farms, Inc., Nanci Dixon, and Paul Simpson in Canada by registered process server. *See id.*

**IT IS SO ORDERED.**

Dated: 6/25/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge