Michael L. Fox (SBN 173355)
Meghan C. Killian (SBN 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:mlfox@duanemorris.com
      mckillian@duanemorris.com

Attorneys for Defendants
ISLAND SEA FARMS, INC., NANCI DIXON, and
PAUL SIMPSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEANFISH LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>   v.<br><br>DALE SIMS, an individual, BUENA VISTA SEAFOOD LLC, a California limited liability company, ISLAND SEA FARMS, INC.,a Canadian Corporation, NANCI DIXON, an individual, and PAUL SIMPSON, an individual,<br><br>            Defendants. | Case No.: 4:19-cv-03663-HSG<br><br>**JOINT STIPULATION OF THE PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**ORDER (as amended)**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Complaint Filed: June 24, 2019<br>Trial Date: Not Set |

    WHEREAS, Plaintiff CLEANFISH, LLC ("Plaintiff") filed its Complaint (Dkt. No. 1) on June 25, 2019;

    WHEREAS, Defendants ISLAND SEA FARMS, INC., NANCI DIXON, and PAUL SIMPSON) (collectively "ISF Defendants") and Defendants DALE SIMS and BUENA VISTA SEAFOOD LLC (collectively "BV Defendants") received service of summonses on or about June 28, 2019;

    WHEREAS, on July 19, 2019, the ISF Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (Dkt. No. 26), and the BV Defendants filed their

Answer and Crossclaim (Dkt. Nos. 28, 29);

WHEREAS, on August 2, 2019, Plaintiff filed an Amended Complaint (Dkt. No. 35);

WHEREAS, on August 16, 2019, the ISF Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (Dkt. No. 40) and the BV Defendants filed their Motion to Dismiss for Failure to State a Claim (Dkt. No. 41), the hearings are presently scheduled for December 12, 2019, at 2:00 p.m.;

WHEREAS, the initial Case Management Conference ("CMC") is currently scheduled for September 24, 2019, at 2:00 p.m. (Dkt. No. 12);

WHEREAS, given the threshold jurisdictional and substantive issues to be resolved by the Defendants' pending Rule 12 motions, the parties believe good cause exists to continue the CMC to five weeks after rulings are issued on Defendants' pending Rule 12 motions, as well as all other deadlines as identified in the Court's Scheduling Order [Dkt. No. 12], so they can engage in a meaningful meet and confer process pursuant to Fed. R. Civ. P. 26(f), Civ. L.R. 16-3, and the Court's Standing Orders after the hearings on both the pending Motions;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any party;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any rights, defenses, affirmative defenses, or objections, including personal jurisdiction, insufficient process, or insufficient service of process; and

WHEREAS, the requested modifications will not otherwise impact the schedule for the case;

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendants stipulate and agree as follows:

1. Pursuant to Civil L.R. 6-2, and subject to the Court's approval, to continue the initial Case Management Conference, currently scheduled to occur on September 24, 2019, at 2:00 p.m., to five weeks after rulings are issued on Defendants' pending Rule 12 motions;

2. Pursuant to Civil L.R. 6-2, and subject to the Court's approval, to continue all other deadlines identified in the Court's Scheduling Order [Dkt. No. 12], as follows:

- Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan and file ADR Certification continued to 21 days in advance of the Initial Case Management Conference.

- Deadline to file Rule 26(f) Report, complete initial disclosures, and file Case Management Statement continued to 7 days in advance of the Initial Case Management Conference.

3. That, by entering this Stipulation, the Parties do not admit any factual allegation or legal conclusion and do not waive any rights, defenses, affirmative defenses, or objections, including personal jurisdiction, insufficient process, or insufficient service of process.

Dated: September 10, 2019     **DUANE MORRIS LLP**

By: /s/ Michael L. Fox
Michael L. Fox
Meghan C. Killian
Attorneys for Defendants
ISLAND SEA FARMS, INC., NANCI DIXON, and PAUL SIMPSON

Dated: Septemeber 10, 2019     **D'AMATO LAW CORPORATION**

By: /s/ Thomas J. D'Amato    **
Thomas J. D'Amato
Attorney for Plaintiff
CLEANFISH, LLC

Dated: September 10, 2019     **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

By: /s/ Richard W. Osman    **
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendants
BUENA VISTA SEAFOOD, LLC and DALE SIMS

**Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from all other signatories

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The initial Case Management Conference, currently scheduled to occur on September 24, 2019, at 2:00 p.m., is continued to December 12, 2019, at 2:00 p.m. to be held along with the Defendants' pending Rule 12 motions;

2. By entering their Stipulation, the Parties have not admitted any factual allegation or legal conclusion and have not waived any rights, defenses, affirmative defenses, or objections, including personal jurisdiction, insufficient process, or insufficient service of process.

DATED: September 16, 2019

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge