Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Henry B. Bernstein, State Bar No. 313730
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com
       hbernstein@bfesf.com

Attorneys for Defendants/Cross-Claimants
DALE SIMS and BUENA VISTA SEAFOOD LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEANFISH LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DALE SIMS, an individual, BUENA VISTA SEAFOOD LLC, a California limited liability company, ISLAND SEA FARMS, INC., a Canadian corporation, NANCI DIXON, an individual, and PAUL SIMPSON, an individual.<br><br>　　　　Defendants.<br><br>DALE SIMS and BUENA VISTA SEAFOOD LLC,<br><br>　　　　Cross-Claimants,<br>v.<br>CLEANFISH LLC; and ROES 1-10, Inclusive,<br><br>　　　　Cross-Defendants. | Case No. 19-cv-03663-HSG<br><br>**STIPULATION TO CONTINUE DEADLINE TO COMPLETE INITIAL DISCLOSURES; [PROPOSED] ORDER**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Complaint Filed: June 24, 2019<br>Trial Date: Not Set |

WHEREAS, Plaintiff CLEANFISH, LLC ("Plaintiff") filed its Complaint (Dkt. No. 1) on June 25, 2019 and thereafter served the Complaint;

WHEREAS, on August 2, 2019, Plaintiff filed an Amended Complaint (Dkt. No. 35);

1  WHEREAS, on August 16, 2019, the ISF Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (Dkt. No. 40) and the Buena Vista Defendants filed their Motion to Dismiss for Failure to State a Claim (Dkt. No. 41). Plaintiff opposed both motions (Docs. 43, 44);

WHEREAS, on December 9, 2019, pursuant to stipulation of the parties, the court ordered that the time to complete initial disclosures be extended to 14 days after an entry of orders on Defendants' motions to dismiss; (Dkt. No. 62.)

WHEREAS, on April 14, 2020, Plaintiff filed its Second Amended Complaint; (Dkt. No. 67.)

WHEREAS, the ISF Defendants and Buena Vista Defendants filed their motions to dismiss Plaintiff's second amended complaint on April 28, 2020; (Dkt. Nos. 68, 69). Plaintiff opposed both motions (Docs. 71, 72).

WHEREAS this court issued an order on August 14, 2020, granting Defendants' motions to dismiss; (Dkt. No. 78.)

WHEREAS at the time of this filing, the time for Plaintiff to appeal the Order Granting Defendants' Motions to Dismiss (Dkt. 78) has not expired and will not expire before the date set for this Case Management Conference;

WHEREAS, pursuant to this Court's order extending initial disclosures, initial disclosures are scheduled to be exchanged fourteen (14) days following the entry of its August 14, 2020 order, on August 28, 2020;

WHEREAS, the parties believe good cause exists to extend the date for exchange of initial disclosures to September 15, 2020, to allow the parties to further communicate with their respective clients about the order granting Defendants' motions to dismiss and how the order impacts this case and to further prepare the initial disclosures and obtain relevant documents and information;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any party;

WHEREAS, the requested modifications will not otherwise impact the schedule for the case.

//
//

2

STIPULATION OF THE PARTIES TO CONTINUE DEADLINE TO COMPLETE INITIAL DISCLOSURES; [PROPOSED] ORDER
USDC Case No. 19-cv-03663-HSG

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendants stipulate and agree as follows:

1. Pursuant to Civil L.R. 6-2, and subject to the Court's approval, to extend the date for exchange of initial disclosures, currently scheduled for August 28, 2020, to September 15, 2020.

2. That, by entering this Stipulation, the Parties do not admit any factual allegation or legal conclusion and do not waive any rights, defenses, affirmative defenses, or objections.

Dated: August 25, 2020                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                          By:     */s/ Richard W. Osman*
                                                 Richard W. Osman
                                                 Attorney for Defendant/Cross-Claimants
                                                 DALE SIMS and BUENA VISTA SEAFOOD LLC

Dated: August 25, 2020                    D'AMATO LAW CORPORATION

                                          By:     */s/ Thomas J. D'Amato*
                                                 Thomas J. D'Amato
                                                 Attorney for Plaintiff CLEANFISH, LLC

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The date for the parties to exchange initial disclosures is extended to September 15, 2020.

DATED:  8/27/2020

_____
The Honorable Haywood S. Gilliam, Jr
United States District Court Judge