Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Henry B. Bernstein, State Bar No. 313730
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
            scrawford@bfesf.com
            hbernstein@bfesf.com

Attorneys for Defendants/Cross-Claimants
DALE SIMS and BUENA VISTA SEAFOOD LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEANFISH LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DALE SIMS, an individual, BUENA VISTA SEAFOOD LLC, a California limited liability company, ISLAND SEA FARMS, INC., a Canadian corporation, NANCI DIXON, an individual, and PAUL SIMPSON, an individual.<br><br>　　　　Defendants.<br><br>DALE SIMS and BUENA VISTA SEAFOOD LLC,<br><br>　　　　Cross-Claimants,<br><br>v.<br><br>CLEANFISH LLC; and ROES 1-10, Inclusive,<br><br>　　　　Cross-Defendants. | Case No. 19-cv-03663-HSG<br><br>**STIPULATION RE MEDIATION AND TO CONTINUE DEADLINE TO COMPLETE FACT DISCOVERY**<br><br>**ORDER**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Complaint Filed: June 24, 2019<br>Trial Date: Not Set |

WHEREAS, Plaintiff CLEANFISH, LLC ("Plaintiff") initiated this case on June 25, 2019;

WHEREAS, following a case management conference on September 1st, this court issued a scheduling order on October 27, 2020, setting trial for September 20, 2021, setting the close of fact discovery on February 19, 2021 and scheduling expert disclosures for February 26, 2021, rebuttal expert disclosures for March 12, 2021 and close of expert discovery for April 9, 2021. (Dkt. No. 89);

WHEREAS, the parties have agreed to complete mediation in the near term and have selected Judge Raul Ramirez of ADR Services, Inc., pending his availability for mediation;

WHEREAS, the parties wish to attend mediation prior to conducting further discovery, including taking depositions of parties' respective employees or exchanging expert disclosures, to avoid unnecessary expense and use of time;

WHEREAS, the parties believe good cause exists to extend the date for close of fact discovery six weeks to April 2, 2021, and extend the date for expert disclosures by six weeks to April 9, 2021, extend the date for rebuttal experts by four weeks to April 16, 2021, and extend the date for the close of expert discovery three weeks to April 30, 2021 to allow the parties time to take depositions, disclose experts and take expert discovery as necessary in the event that mediation is unsuccessful;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any party;

WHEREAS, the requested modifications will not otherwise impact the schedule for the case.

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendants stipulate and agree as follows:

1. The close of fact discovery shall be extended six weeks from February 19, 2021 to April 2, 2021.

2. The deadline for expert disclosures shall be extended by six weeks from February 26, 2021 to April 9, 2021; and

3. The deadline to disclose rebuttal experts shall be extended by four weeks to from March 12, 2021 to April 16, 2021;

4. The close of expert discovery shall be extended by three weeks to April 9, 2021 to April 30, 2021.

5. That, by entering this Stipulation, the parties do not admit any factual allegation or legal conclusion and do not waive any rights, defenses, affirmative defenses, or objections.

Dated: February 12, 2021                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:     /s/ Richard W. Osman
        Richard W. Osman
        Attorney for Defendant/Cross-Claimants
        DALE SIMS and BUENA VISTA SEAFOOD LLC

Dated: February 12, 2021                D'AMATO LAW CORPORATION

By:     /s/ Thomas J. D'Amato
        Thomas J. D'Amato
        Attorney for Plaintiff CLEANFISH, LLC

## ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  February 12, 2021               BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  /s/ Richard W. Osman

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The close of fact discovery is hereby continued from February 19, 2021 to April 2, 2021.
2. The deadline for expert disclosures is hereby continued from February 26, 2021 to April 9, 2021;
3. The deadline to disclose rebuttal experts is hereby continued from March 12, 2021 to April 16, 2021; and
4. The close of expert discovery is hereby continued from April 9, 2021 to April 30, 2021.

DATED:  2/16/2021

The Honorable Haywood S. Gilliam, Jr
United States District Court Judge