1 | Thomas J. D'Amato - 219174
  | D'Amato Law Corporation
2 | 25 Orinda Way Suite 308
  | Orinda, CA 94563
3 | Telephone:    (925) 317-1300
  | Facsimile:    (925) 317-3239
4 | Email: tdamato@damatolawcorp.com

5 | David A. Sullivan
  | DarrowEverett LLP
6 | 10 North Main Street
  | Fall River, MA 02720
7 | T: (508) 675-1576
8 | F: (508) 672-6196
  | Email: dsullivan@darroweverett.com
9 | *Admitted *Pro Hac Vice*

Attorneys for Plaintiff
CLEANFISH, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEANFISH, LLC, a Delaware limited liability company, | Case No.: 4:19-cv-03663-HSG |
| *Plaintiff* | **MOTION TO WITHDRAW AS COUNSEL BY ESPERANZA SEGARRA** |
| v. | **ORDER** |
| DALE SIMS, an individual, BUENA VISTA SEAFOOD LLC, a California limited liability company, ISLAND SEA FARMS, INC., a Canadian corporation, NANCI DIXON, an individual, and PAUL SIMPSON, an individual. | Judge: Haywood S. Gilliam, Jr.<br>Complaint Filed: June 24, 2019<br>Trial Date: Not Set |
| *Defendants* | |
| (And all related claims) | |

# MOTION TO WITHDRAW AS COUNSEL

Pursuant to the applicable Rules, attorney Esperanza Segarra requests approval to withdraw as counsel of record for Plaintiff CleanFish, LLC, and states:

1. Attorney Segarra with the law firm of DarrowEverett, LLP, was retained to represent Plaintiff CleanFish in this action.

2. Attorney Segarra seeks to withdraw as counsel of record for Plaintiff CleanFish.

3. The law firm of DarrowEverett will remain as counsel of record for Plaintiff. Specifically, David A. Sullivan from DarrowEverett will replace Ms. Segarra as lead counsel in this matter. Mr. Sullivan was admitted *Pro Hac Vice* by order of the court on November 22, 2019. (Dkt. # 58.)

4. Thomas J. D'Amato will also remain as local counsel for Plaintiff.

WHEREFORE, attorney Esperanza Segarra respectfully requests that the Court enter an Order authorizing her to withdraw as counsel of record for Plaintiff CleanFish, LLC, and for such further relief as the Court deems just and proper.

Dated: February 17, 2021

Respectfully Submitted,

**D'AMATO LAW CORPORATION**

By: */s/ Thomas J. D'Amato*
    Thomas J. D'Amato
    Attorney for Plaintiff
    CLEANFISH, LLC

**IT IS SO ORDERED.**

DATED: 2/18/2021

The Honorable Haywood S. Gilliam, Jr
United States District Court Judge